WILEY MOTORS, INC., ET AL., APPELLANTS, v. U. C. C.
OF NEW JERSEY, RESPONDENT.

Decided January 27, 1944.

For the appellants, *Leon Semer (Stephen F. Somogyi,* of counsel).

For the respondent, *Charles A. Malloy (Herman D. Ringle,* of counsel).

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Bodine, Heher, Porter, Dear, Wells, Rafferty, Hague, Thompson, Dill, JJ. 11.

*For reversal*—Parker, J. 1.